WINTER & COMPANY, Appellant, *v.* TRADERS NATIONAL BANK OF ROCHESTER et al., Respondents, and RUDOLPH PIANO COMPANY, Appellant.

*Equity — action to restrain the enforcement of promissory notes and for accounting.*

*Winter & Co.* v. *Rudolph Piano Co.*, 192 App. Div. 902, affirmed. (Argued January 31, 1922; decided February 28, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 4, 1920, unanimously affirming a judgment in favor of defendant Traders National Bank of Rochester entered upon a decision of the court on trial at Special Term. The action was brought to obtain an injunction restraining the Traders National Bank from enforcing collection of its notes, a judgment that the defendants pay the indebtedness of the Greenleaf Piano Company to the plaintiff, and an accounting to the plaintiff by all the defendants for the plaintiff's just and equitable share of the assets of the Greenleaf Piano Company. The defendant Traders National Bank denied the plaintiff's right to an injunction, denied any liability for the debts of the Greenleaf Piano Company, and asked for an affirmative judgment on its counterclaim upon notes against the plaintiff and the Rudolph Piano Company.

*Bertram L. Marks* and *Max Schellitzer* for appellants.
*Clarence W. McKay* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.